# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR102 |
| vs. | ORDER |
| JONATHAN VALENTINE, | |
| Defendant. | |

IT IS ORDERED:

1. On or before August 16, 2019, the Defendant may submit a Reply to the Government's Response to Defendant's Motion Filed Under 28 U.S.C. § 2255, and any additional evidence he may have in support of Grounds Two and Four of his Motion;

2. Defendant's "Motion to Request the Courts to get Original Recording," ECF No. 52, is denied as moot due to the government's evidentiary submissions, ECF No. 55; and

3. The Clerk will mail a copy of this Order to Defendant at the Defendant's last known address.

Dated this 23rd day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge