**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JONATHAN VALENTINE,<br><br>                Defendant. | 8:18CR102<br><br>**JUDGMENT** |

IT IS ORDERED:

1. For the reasons stated in the Court's Memorandum and Order of June 19, 2019, ECF No. 49, and the Court's Memorandum and Order of August 19, 2019, ECF No. 61, the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 47, is denied;

2. Because the Defendant has not made any substantial showing of the denial of any constitutional right, no certificate of appealability will be issued;

3. Pursuant to Federal Rule of Appellate Procedure 4(a)(2), the Defendant's Notices of Appeal, ECF No. 58 and 62, will be deemed filed as of the date of this Judgment and after its entry;

4. Because the Defendant was given leave to proceed in forma pauperis in the district court action or determined to be financially unable to obtain an adequate defense in the related criminal case, the Defendant may

proceed on appeal in forma pauperis without further authorization of this Court pursuant to Federal Rule of Appellate Procedure 24(a)(3); and

3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 9th day of September 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge