IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN VALENTINE,<br><br>　　　　　　Defendant. | 8:18CR102<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's Motion for sentence reduction, ECF No. 85. The Defendant notes that he suffers from infirmities and he fears adverse health consequences if he is exposed to coronavirus.

Section 603 of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018), amended 18 U.S.C. § 3582(c)(1)(A) to permit defendants to move a sentencing court for modification of sentence "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]"

Section 3582(c)(1)(A) also provides in pertinent part:

[T]he court . . . may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—

　　(i)　　extraordinary and compelling reasons warrant such a reduction;
　　　　. . . .

and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission[.]

The Defendant has presented no allegations, let alone documentary evidence, showing that he has exhausted his administrative remedies as required by § 3582(c)(1)(A).

Accordingly,

IT IS ORDERED:

1. The Defendant's Motion, ECF No. 85, is denied without prejudice to reassertion following exhaustion of administrative remedies; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 13th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge