IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN A. VALENTINE <br><br> Defendant. | 8:18-CR-102 <br><br> **ORDER** |

This matter comes before the Court on Defendant's Reply Brief in Support of Motion for Leave to Amend. Filing 126. In Filing 126, Defendant seeks to reply even though the motion that is the subject of the reply brief has already been ruled upon by the Court.

A party cannot reply after the Court has already ruled on the motion. Further, the Court's local rules do not allow for a reply brief in a criminal case, *see* NECrimR 12.3, and a reply brief supporting a civil motion is due seven days after the responsive brief. *See* NECivR 7.1(c)(1). Defendant's "Reply Brief" is untimely under both rules and is thus stricken from the record.

To the extent Defendant's filing seeks further leave to amend and or seeks to challenge the Court's Order, Filing 125, he must file his request as a motion in accordance with applicable Court rules.

IT IS SO ORDERED.

Dated this 4th day of May, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge