IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-102 |
| vs. | |
| JONATHAN A. VALENTINE, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Leave to Amend, Filing 131. Defendant moves to amend his Motion to Vacate under 28 U.S.C. 2255, Filing 47. Pursuant to Defendant's own prior motion, however, the Court dismissed his Motion to Vacate under 28 U.S.C. 2255 (Filing 47) with prejudice. Filing 128 (Defendant's Unopposed Motion to Dismiss with Prejudice); Filing 129 (Order granting Defendant's motion and dismissing Filing 47 with prejudice). The Court also notes that the present motion to amend, Filing 131, is a near word-for-word reproduction of the Motion for Leave to Amend, Filing 118, previously filed by Defendant's counsel. The Court has already denied that motion. Filing 125. Accordingly,

IT IS ORDERED:

1. Defendant's Motion for Leave to Amend, Filing 131, is denied.

Dated this 8th day of September, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge