IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN A. VALENTINE, <br><br> Defendant. | 8:18-CR-102 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on Jonathan Valentine's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255. Filing 136. Valentine previously filed a Motion to Vacate under 28 U.S.C. § 2255 on June 13, 2019. Filing 47. On May 12, 2021, on Valentine's own motion, the Court dismissed the previous § 2255 motion with prejudice. Filing 128; Filing 129. This Court is without jurisdiction to hear Valentine's successive § 2255 motion absent "appropriate certification from the circuit court." *Boykin v. United States*, 242 F.3d 373, (8th Cir. 2000) (unpublished table decision) (citing 28 U.S.C. §§ 2255, 2244(b)) ("The rule is absolute. Prisoners may not evade the statutory requirement by simply filing a second or successive § 2255 motion in the district court."); *Baranski v. United States*, 880 F.3d 951, 955 (8th Cir. 2018) (same). There is no indication on the docket or in Valentine's filings that a panel of the Eighth Circuit has authorized his successive motion. Therefore, it must be dismissed for lack of jurisdiction. *See Boykin*, 242 F.3d 373. Accordingly,

IT IS ORDERED:

1. The pending Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255, Filing 136, is dismissed;

1

2. The Clerk of the Court is directed to terminate the matter and all motions pending at Case No. 8:22-CV-57 for statistical purposes and to mail a copy of this order to the petitioner at his last known address.

Dated this 23rd day of February, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge