**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

February 28, 2022

JONATHAN VALENTINE 19326-047
USP-FLORENCE HIGH
Inmate Mail/Parcels
P.O. Box 7000
Florence, CO 81226

Dear Mr. Valentine:

We received your letter regarding request for copies. In accordance with court auditing requirements, we must receive payment before the copies can be sent to you. If you are requesting free copies, you must file a motion with the court.

Here is the cost breakdown of your copy request:

- Motion to Vacate Filing No.136 is 23 pages @ $.50 per page = $11.50
- Order of Dismissal Filing No. 137 is 2 pages @ $.50 per page = $1.00

Please make your check or money order payable to Clerk, U.S. District

Sincerely,

Jeri Bierbower
Deputy Clerk

Enclosures:

cc: